# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EUGENIA L. MULLER, | |
| Plaintiff, | Case No. 1:17-cv-00614 |
| -v- | Hon. Robert J. Jonker |
| LEIKIN, INGBER & WINTERS, P.C. | |
| Defendant. | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff files Notice of Dismissal, to dismiss this lawsuit, with prejudice.

Dated: August 21, 2017           __/s/_ Jeffrey D. Mapes____
　　　　　　　　　　　　　　　　Jeffrey D. Mapes (P70509)
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　Jeffrey D. Mapes, PLC
　　　　　　　　　　　　　　　　29 Pearl St. NW, Ste. 305
　　　　　　　　　　　　　　　　Grand Rapids, MI 49503
　　　　　　　　　　　　　　　　Tel: (616) 719-3847
　　　　　　　　　　　　　　　　Fax: (616) 719-3857